UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALENTE LOPEZ,<br><br>      Plaintiff,<br><br> v.<br><br>LAWRENCE MARTIN, M.D,<br><br>      Defendant. | NO: 4:17-CV-5015-RMP<br><br>ORDER DISMISSING ACTION |

By Order filed April 11, 2017, the Court directed Plaintiff to comply with 28 U.S.C. § 1915(a)(2) by providing a statement of his inmate account (or institutional equivalent) for the six months immediately preceding the submission of his complaint on February 16, 2017. In the alternative, the Court directed Plaintiff, a *pro se* prisoner at the Coyote Ridge Corrections Center, to pay the filing fee to commence this action under 28 U.S.C. § 1914. Plaintiff did not comply with the Court's directives and has filed nothing further in this action.

//

//

ORDER DISMISSING ACTION -- 1

1 | Although granted numerous opportunities to do so, Plaintiff did not comply with the statutory requirements of 28 U.S.C. §§ 1914 and 1915.  Therefore, **IT IS ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order, enter judgment, forward copies to Plaintiff and close the file.  The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** June 9, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge